UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marie Asgian, | Civil File No.  15-cv-02182 PJS/FLN |
| Plaintiff, | |
| vs. | SECOND STIPULATION TO EXTEND THE TIME TO RESPOND BETWEEN THE PARTIES |
| Performant Recovery, Inc., | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendant hereto, through their respective counsel, that the Court may enter an Order extending the time in which Defendant has to respond to the above-captioned Complaint up to and including July 3, 2015, to allow the parties additional time to resolve this matter.

CONSUMER JUSTICE CENTER, P.A.

Dated: June 18, 2015        By  s/Thomas J. Lyons, Jr.
　　　　　　　　　　　　　　Thomas J. Lyons, Jr. (#249646)
　　　　　　　　　　　　　　367 Commerce Court
　　　　　　　　　　　　　　Vadnais Heights, MN 55127
　　　　　　　　　　　　　　Telephone:  651-770-9707
　　　　　　　　　　　　　　Facsimile:  651-704-0907
　　　　　　　　　　　　　　tommycjc@aol.com
　　　　　　　　　　　　　　*Attorneys for Plaintiff*

BASSFORD REMELE, *A Professional Association*

Dated: June 18, 2015        By   s/Michael A. Klutho
　　　　　　　　　　　　　　Michael A. Klutho (#186302)
　　　　　　　　　　　　　　Jessica L. Klander (#392290)
　　　　　　　　　　　　　　33 South Sixth Street, Suite 3800
　　　　　　　　　　　　　　Minneapolis, Minnesota 55402-3707
　　　　　　　　　　　　　　Telephone:  612-333-3000
　　　　　　　　　　　　　　Facsimile:   612-333-8829
　　　　　　　　　　　　　　mklutho@bassford.com
　　　　　　　　　　　　　　jklander@bassford.com
　　　　　　　　　　　　　　*Attorneys for Defendant*