UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

MARIE ASGIAN,	Case No. 15-CV-2182 (PJS/FLN)

    Plaintiff,

v.	ORDER OF DISMISSAL

PERFORMANT RECOVERY, INC.,

    Defendant.

Based upon the Stipulation for Dismissal filed by the parties on October 6, 2015 [ECF No. 8],

IT IS ORDERED that this action is dismissed with prejudice and on the merits, without costs or disbursements to any party.

Dated: October 13, 2015	 s/Patrick J. Schiltz
    Patrick J. Schiltz
    United States District Judge